STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM JONES, a/k/a ROBERT BALLARD, DEFEND-ANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Rosemary C. Reavey* for the petitioner.

*Mr. Robert N. McAllister, Jr.* and *Mr. Ernest M. Carter,* Assistant Prosecutor, for the respondent.

April 28, 1970. Denied.

JACOB SELTZER, PLAINTIFF-PETITIONER, v. TOWNSHIP OF DOVER, DEFENDANT-RESPONDENT.

*Mr. Alan J. Pogarsky* for the petitioner.

*Messrs. Hiering, Grasso, Gelzer & Kelaher* and *Mr. Richard H. Woods* for the respondent.

April 23, 1970. Denied.

RAYMOND SHANLEY, PLAINTIFF-PETITIONER, v. WIG-TON-ABBOTT CORP., *ET AL*, DEFENDANTS-RESPOND-ENTS.

*Mr. Herbert Winokur* and *Messrs. Levy, Lemken & Margulies* for the petitioner.

*Messrs. Beggans & Stevens* for the respondents.

April 28, 1970. Denied.